IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON VARELA, et al.,

    Plaintiffs,

v.                         No. CV 16-0129 WJ/CG

NOVA HARDBANDING, LLC, et al.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' notice that they have reached an agreement to settle this case. *See Joint Notice of Settlement and Motion to Stay*, (Doc. 102), filed May 3, 2017.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **June 19, 2017.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE