**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

AARON VARELA, et al.

       Plaintiffs,

v.                                  No. CV 16-129 WJ/CG

NOVA HARDBANDING, LLC, et al.,

       Defendants.

### ORDER SETTING HEARING

**THIS MATTER** is before the Court on the parties' *Joint Motion to File Under Seal*, (Doc. 78), filed June 19, 2017. The Court sets this hearing to discuss the parties' reasons for asking to file under seal their Joint Motion to Approve Confidential Settlement Agreement with an attached copy of their settlement agreement.

**IT IS THEREFORE ORDERED** that the Court will hold a hearing on the parties' *Joint Motion to File Under Seal*, (Doc. 78), on **Tuesday, June 27, 2017** at **2:30 p.m.** The parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE