UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AARON VARELA, et al.

    Plaintiffs,

v.                                               No. CV 16-129 WJ/CG

NOVA HARDBANDING, LLC, et al.,

    Defendants.

## ORDER GRANTING IN PART JOINT MOTION TO FILE UNDER SEAL

**THIS MATTER** comes before the Court on the parties' *Joint Motion to File Under Seal*, (Doc. 78), filed June 19, 2017. In their Motion, the parties state that they have settled their claims, and they ask to file under seal a motion to approve their settlement agreement, along with a copy of the confidential settlement agreement. The Court held a hearing on the motion on June 27, 2017, at which the parties stated that the motion to approve the settlement agreement does not contain confidential information, but the settlement agreement itself contains confidential information regarding the settlement amount and terms.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to File Under Seal*, (Doc. 78), is **GRANTED in part** and **DENIED in part**. The Motion is **DENIED** as to the parties' request to file under seal a motion to approve their settlement agreement under seal, and is **GRANTED** as to their request to file under seal a copy of their confidential settlement agreement.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE