UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LAS CRUCES DIVISION

CASE NO.:  2:16-cv-129-WJ-CG

AARON VARELA and
EVAN REED and
MARK GABLE,

        Plaintiffs,
vs.

NOVA HARDBANDING, LLC,
NOVA MUD, INC. and
NOVA FRAC SAND, LLC. and
and KENNETH BROMLEY,

        Defendants.
_____/

## JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AND RELEASE

Having reached a compromise of the claims alleged by Plaintiffs, Aaron Varela, Evan Reed, and Mark Gable, with Nova Hardbanding, LLC, Nova Mud, Inc., Nova Frac Sand, LLC, and Kenneth Bromley, the Plaintiffs respectfully request that the Court approve the Confidential Settlement Agreement and Release. *See* Exhibit A – to be filed under seal. Plaintiffs request that this Court retain jurisdiction over the matter to enforce the terms of the Parties' Settlement Agreement and that all pending deadlines and hearings or conference with the Court be stayed.

        Respectfully submitted,

        **GOLDBERG & LOREN, PA**
        By: /s/ James M. Loren, Esq.
        **James M. Loren**
        Bar No. 15-222
        George Z. Goldberg

Bar No. 16mc4
500 Marquette Ave, Suite 1212
Albuquerque, NM 87102
Direct Line:    (505) 369-3699
Fax:    (888) 272-8822
jloren@lorenlaw.com
ggoldberg@goldbergdohan.com
*Attorneys for Plaintiff*

AND

/s/ *Fernando Bustos*
Fernando Bustos, Esq.
New Mexico Federal Bar No. 16-19
Bustos Law Firm, P.C.
1001 Main Street, Suite 501
Lubbock, Texas 79401
Phone:            (806) 780-3976
Facsimile:       (806) 780-3800
E-mail:            fbustos@bustoslawfirm.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 28, 2017 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

**SERVICE LIST**

Dustin N. Slade, Esquire
Slade Law Firm
5101 College Boulevard
Farmington, New Mexico 87402
Phone: 505-566-3705
Fax:    806-780-3800
E-Mail: dslade@sladelawfirm.com
Counsel for Defendants

Fernando M. Bustos, Esquire
Aaron M. Pier, Esquire
Matthew N. Zimmerman, Esquire
Bustos Law Firm, P.C.
1001 Main Street
Suite 501
Lubbock, Texas 79401
Phone: 806-780-3976
Fax:    806-780-3800
E-Mail:  fbustos@bustoslawfirm.com
         apier@bustoslasfirmbustoslawfirm.com
         mzimmerman@bustoslawfirm.com
Counsel for Defendants

                                            By:   */s/ James M. Loren*
                                                    James M. Loren