UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AARON VARELA and
EVAN REED and
MARK GABLE,

        Plaintiffs,

vs.                              CASE NO.: 2:16-cv-129-WJ-CG

NOVA HARDBANDING, LLC,
NOVA MUD, INC. and
NOVA FRAC SAND, LLC. and
and KENNETH BROMLEY,

        Defendants.

_____/

**AGREED ORDER OF DISMISSAL**

**THIS MATTER COMES** before the Court on a stipulation to dismiss by and between the Plaintiffs and the Defendants without prejudice.

**IT IS HEREBY ORDERED THAT:**

The instant lawsuit, and any and all claims against Defendants related thereto, are voluntarily dismissed with prejudice. If the parties require the Court's involvement to enforce any part of the Settlement Agreement, they may file a motion in this case at that time.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ James M. Loren*
JAMES M.LOREN
Bar No. 15-222
Email: jloren@lorenlaw.com
GOLDBERG & LOREN, P.A.
4801 Lang NE, Suite 110
Albuquerque, NM 87109
Direct Line:   (505) 369-3699
Fax:    (888) 272-8822
COUNSEL FOR PLAINTIFF


*/s/ Fernando M. Bustos*
FERNANDO M. BUSTOS
New Mexico Federal Bar No. 16-19
Texas Bar No. 24001819
Email: fbustos@bustoslawfirm.com
Matthew N. Zimmerman
New Mexico Federal Bar No. 17-23
Email: mzimmerman@bustoslawfirm.com
BUSTOS LAW FIRM, P.C.
1001 Main Street, Suite 501
Lubbock, Texas 79401
Telephone: (806) 780-3976
Facsimile: (806) 780-3800
COUNSEL FOR DEFENDANTS